05-15-00399-CV

ACCEPTED
05-15-00399-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
3/27/2015 2:23:26 PM
LISA MATZ
CLERK

**CAUSE NO. 92-02-52,048FM**

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
3/27/2015 2:23:26 PM
LISA MATZ
Clerk

| | | |
|---|---|---|
| **IN THE MATTER OF** | § | **IN THE DISTRICT COURT** |
| **THE MARRIAGE OF** | § | |
| | § | |
| **PHILLIP DEAN TANNER** | § | **354TH JUDICIAL DISTRICT** |
| **AND** | § | |
| **PEGGY ANN PHILIPS TANNER** | § | **HUNT COUNTY, TEXAS** |

## NOTICE OF APPEAL

Plaintiff, PEGGY ANN PHILIPS TANNER (referred to herein as PEGGY HOLMES), party to this case, files this Notice of Appeal seeking to alter the trial court's judgment or other appealable order.

The trial court, trial court case number and style of this matter are shown in the above caption.

The judgment or order appealed from was signed on February 23, 2015, and was titled Final Order on Motion for Enforcement.

PEGGY HOLMES desires to appeal the Final Order on Motion for Enforcement, as well as all adverse interlocutory rulings that merged into that document.

This appeal is being taken to either the Fifth Court of Appeals.

This notice is being filed by PEGGY HOLMES.

1|Page   Notice of Appeal

Respectfully submitted,

**PHILIPS AND EPPERSON ATTORNEYS, LP**
2301 Virginia Parkway
McKinney, Texas 75071
Telephone: (972) 562-9440
Facsimile: (972) 562-2839

By: _____
CHARLES PHILIPS
State Bar No. 00784760
Attorney for PEGGY HOLMES

## CERTIFICATE OF SERVICE

I certify that on March 24, 2015, a true and correct copy of Plaintiff's Notice of Appeal was served by mail on Mr. H. Craig Black at 2510 Lee Street, Greenville, TX 75401.

_____
CHARLES PHILIPS
Attorney for PEGGY HOLMES